UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GHENGYUE WU,<br><br>Petitioner,<br><br>v.<br>WARDEN ET AL.,<br><br>Respondents | Case No. 5:26-cv-02285-AB-AYP<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

On July 8, 2026, United States Magistrate Judge Anna Y. Park (the "Magistrate Judge") issued a Report and Recommendation dismissing Petitioner Ghengyue Wu's ("Petitioner") petition for a writ of habeas corpus. (Dkt. No. 11 ("R&R").)

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the R&R of the Magistrate Judge. The parties did not file any objections.

The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

IT IS THEREFORE ORDERED as follows:

(1) the Report and Recommendation is accepted and adopted; and (2) Judgment shall be entered dismissing the Petition.

It is further ORDERED that the Clerk serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and on counsel for Respondents.

IT IS SO ORDERED.

DATED: July 13, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE